UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY GEORGE WOOD, JR., <br><br> Petitioner, <br><br> v. <br><br> JASON BENNETT, <br><br> Respondent. | CASE NO. 2:23-CV-877-JCC-DWC <br><br> ORDER GRANTING EXTENSION TO FILE ANSWER |

This matter comes before the Court on Respondent's Unopposed Second Motion for an Extension of Time to Answer Petition. Dkt. 9. Counsel requests an extension to answer the Petition and states counsel for Petitioner does not oppose the extension. *Id*. After review of the relevant record, the Motion (Dkt. 9) is granted and the Court hereby orders that Respondent shall have up to and including September 13, 2023 to file an Answer.

Dated this 5th day of September, 2023.

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION TO FILE
ANSWER - 1